IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00620-MSK-BNB

KIM CHIEN THI PHAM,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General of the United States,
DEPARTMENT OF HOMELAND SECURITY ("DHS"),
MICHAEL CHERTOFF, Secretary for the Department of Homeland Security ("DHS"),
UNITED STATES CITIZENSHIP AND IMMIGRATIONS SERVICES ("CIS"),
EMILIO T. GONZALEZ, Director for United States Citizenship and
  Immigration Services ("CIS"),
MARIO ORTIZ, CIS Denver District Director,

    Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on Plaintiff's Request for Order Declaring Plaintiff a Prevailing Party (Motion) **(#3)** filed April 28, 2006.  A review of the Motion indicates that Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 1st day of May, 2006.

                                  **BY THE COURT:**

                                  Marcia S. Krieger
                                  United States District Judge