IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00620-MSK-BNB

KIM CHIEN THI PHAM,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General of the United States,
DEPARTMENT OF HOMELAND SECURITY ("DHS"),
MICHAEL CHERTOFF, Secretary for the Department of Homeland Security ("DHS"),
UNITED STATES CITIZENSHIP AND IMMIGRATIONS SERVICES ("CIS"),
EMILIO T. GONZALEZ, Director for United States Citizenship and
  Immigration Services ("CIS"),
MARIO ORTIZ, CIS Denver District Director,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1) **(#11)** filed May 12, 2006. The Court having reviewed the foregoing,

ORDERS that the above-captioned matter is dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. The Clerk shall close this case.

DATED this 12th day of May, 2006.

                                              **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge